UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE ACOSTA,<br><br>             Petitioner,<br><br>      v.<br><br>TIM VIRGA,<br><br>             Respondent. | Case No. CV 12-3540 PSG(JC)<br><br>(PROPOSED) ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in State Custody ("Petition"), all of the records herein, and the attached Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"). The Court approves and accepts the Report and Recommendation.

    IT IS ORDERED that Judgment be entered denying the Petition and dismissing this action with prejudice.

///
///
///

1    IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the
Report and Recommendation, and the Judgment herein on petitioner and counsel
for respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: May 13, 2015

_____
HONORABLE PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE