# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE ACOSTA,<br><br>            Petitioner,<br><br>     v.<br><br>TIM VIRGA,<br><br>            Respondent. | Case No. CV 12-3540 PSG(JC)<br><br>~~(PROPOSED)~~ JUDGMENT |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: _May 13, 2015__

_____
HONORABLE PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE